# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ONTRAC LOGISTICS, INC. AND LASERSHIP, INC. D/B/A ONTRAC FINAL MILE,<br><br>        Plaintiffs,<br><br>v.<br><br>BRIAN HOOLAHAN AND SPEED XPRESS, INC.,<br><br>        Defendants. | Civil Action No. 1:25-cv-13140-RMB-MJS<br><br>**DECLARATION OF ANNIKA PETTY (STORLIE), ESQ. IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, ANNIKA L. PETTY (N/K/A ANNIKA PETTY STORLIE), ESQ., declares as follows:

1. I am an attorney with the law firm of Littler Mendelson, P.C., 1300 IDS Center, 80 South 8th Street. Minneapolis, Minnesota 55402.2136. My contact information is as follows: Telephone: 612.632.7274; Email: astorlie@littler.com.

2. I am familiar with the facts set forth in this Declaration, and I make this Declaration pursuant to Local Civil Rule 101.1 in support of a motion for admission *pro hac vice* in the above-captioned action.

3. I am an attorney-at-law and a member in good standing of the Bar of the State of Minnesota. I am admitted to practice before the courts of the States of:

| | | |
|---|---|---|
| Minnesota | Admitted: 2021 | Bar No. 0402786 |

4. The addresses of the officials maintaining the roll of the bar for each of the foregoing courts are as follows:

    Minnesota State Bar Association
    33 South 6th Street
    Suite 4540
    Minneapolis, MN 55402

5. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

6. I understand that during the period of my *Pro Hac Vice* admission I am under a continuing obligation to advise the Court promptly should any disciplinary proceedings be instituted against me.

7. I understand that if I am admitted *Pro Hac Vice* I will be subject to the disciplinary jurisdiction of the United States District Court for the District of New Jersey and will comply with the rules of professional conduct of the New Jersey Supreme Court, the requirements of the Rules Governing the Courts of the State of New Jersey regarding the conduct of attorneys admitted to the practice of law in this State, the Local Rules of the United States District Court of the District of New Jersey, and particularly Local Rule 101.1(c), which governs the admission of counsel *Pro Hac Vice*.

8. I further declare that Tyler A. Sims, Esq., Plaintiffs' attorney of record, will be responsible for the conduct of counsel, will sign all pleadings and submissions and will make all court appearances. He will ensure that counsel will comply with Local Rule 101.1(c).

9. In accordance with Local Rule 101.1(c)(3), I will make payment in the amount of $250.00 to the Clerk, USDC for my *Pro Hac Vice* admission in this case.

10. In accordance with Local Rule 101.1(c)(2), I will make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for each calendar year in which this case is pending before this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 15, 2025

*Annika L Petty*
Annika Petty (Storlie)